■ JOHN F. CIOLINO, Respondent-Appellant, v ANGELINE M. CIOLINO, Appellant-Respondent.—Order unanimously affirmed without costs. Memorandum: Defendant failed to demonstrate that there has been a material change in her ability

to be financially self-supporting since her divorce. Because the material facts regarding defendant's ability to be self-supporting were not disputed, Supreme Court did not err in denying, without a hearing, defendant's motion for a modification of the spousal maintenance portion of the judgment of divorce *(see, Hofmeister v Hofmeister,* 120 AD2d 802; *cf., De Paolo v De Paolo,* 104 AD2d 631). We further conclude that the court did not abuse its discretion in awarding counsel fees to defendant. (Appeals from Order of Supreme Court, Erie County, Whelan, J.—Maintenance.) Present—Callahan, J. P., Green, Balio, Fallon and Davis, JJ.